

MAY 28 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

THE STATE OF ALASKA,

    Plaintiff,

v

EXPRESS SCRIPTS, INC.,
et. al.,

    Defendants.

Case No. 3:23-cv-00233-JMK

IN THE MATTER OF PETITION
TO JOIN NAMED PLAINTIFF BY

GUY ALLAN NELSON,

    CLASS MEMBER.

Guy A. Nelson, ACOMS #166260
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska 99501

COMES NOW, GUY ALLAN NELSON, petitioner, self-representing without the aid or benefit of counsel, and moves this Honorable and just Court for order and permission to join the plaintiff in this above captioned matter. In support of this request, Nelson herein avers:

I. BACKGROUND

The State of Alaska brought this action on behalf of "ALASKANS" against EXPRESS SCRIPTS in its capacity as a Pharmacy Benefits Manager ("PBM"), a research provider, and a mail-order pharmacy for its alleged role in fueling the opiod epedemic in Alaska.

Here the petitioner, Guy Allan Nelson is an "Alaskan" whom has been directly effected and injured by the opiod epidemic in Alaska as:

Page 1

Guy A. Nelson, ACOMS #166260
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska 99501

A. Nelson is a resident in Alaska;

B. Nelson is addicted to Opiod Narcodics;

C. Nelson has family members whom have died of drug over dose including:

1. Daryl Paul Nelson (2023 fentanyl over-dose) Brother;
2. Jared Wayne Nelson (2022 Fentanyl over dose) Nephew;
3. Numerous friends (2022-2024 Fentanyl over dose)

## II. CONFLICT OF INTEREST

Here the State of Alaska, as plaintiff has brought this action on behalf of Alaskans, to which the petitioner is a member, however, despite the Plaintiff State of Alaska's interest in representation of Nelson as a resident, the same government authority is also in the process of prosecuting Nelson (and others) in part due to to the opiod addictions herein complained in its complaint against the named defendants.

While the State of Alaska may not agree with a issue of conflict, here Nelson does not wish for the Political Authorityof the State whom is prosecuting both the criminal proponent of Alaska's opiod epidemic (those like Nelson in part for his disease of addiction) and the defendant EXPRESS SCRIPTS and others for their alledged roles in fueling Alaska's opiod epidemic.

Clearly the State of Alaska whishes to protect its rights but who is protecting Nelson's (and others like him)? Certainly not the same party who it's agents have threatened Nelson's life and freedom.

Page 2

## III. Conclusion

Here Nelson clearly is an injured party and meets the minimal standards to be a named plaintiff, in so doing, Nelson also has a clear conflict with named plaintiff STATE OF ALASKA who can not be seen as both the protector of Nelson's rights and at the same time a party adverse to Nelson's interests. therefore, Nelson, herein requests to be joined to the plaintiff party, but in a seperate and distint class of plaintiff. the Court should grant this request and order Nelson be named a plaintiff to this complaint.

Submitted this 22nd day of May, 2024 at Anchorage Alaska.

_____
Guy A. Nelson, Plaintiff

## Affidavit

I, Guy Allan Nelson, petitioner herein swears and affirms the facts and statements contained in this petition are true and correct to the best of my knowledge and belief. This petition is made not to cause delay or injustice in any manner to any party.

Signed under the penalty of purjury this 22nd day of may 2024

_____
Guy A. Nelson

Guy A. Nelson, ACOMS #166260
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, Alaska 99501

Page 3

Guy A. Nelson #166260
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, AK 99501

LEGAL & CONFIDENTIAL

U.S. District Court
Clerk of Court
222 West 7th Ave., #4
Anchorage, AK 99513

Motion to Join 3:23-cv-00233-JMK